CHARLES A. POPE, Plaintiff, *v.* AUGUST HECKSCHER, Appellant, and FREEMAN C. GOFFE, Respondent, Impleaded with Others.

*Pope* v. *Heckscher,* 109 App. Div. 495, affirmed.
(Submitted October 23, 1907; decided November 19, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 20, 1906, which reversed a judgment of Special Term dismissing the counterclaim of the respondent herein and granted a new trial in an action to foreclose a mechanic's lien.

*Charles Oakes* for appellant.

*Charles P. Northrop* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: Cullen, Ch. J., Gray, O'Brien, Vann, Werner, Willard Bartlett and Chase, JJ.